Carlos Makoto Taitano, State Bar No. 275820
Taitano & Taitano LLP
P.O. Box 326204
Hagatna, Guam 96932
Telephone: (671) 777-0581
Email: cmakototaitano@taitano.us.com

*Attorney for Applicant*
*Wooyoung Jang*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Ex Parte* Application of<br><br>Wooyoung Jang,<br><br>　　　　　Applicant. | Case Number:<br><br>**DECLARATION OF WOOYOUNG JANG IN SUPPORT OF WOOYOUNG JANG'S *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 AUTHORIZING DISCOVERY FOR USE IN FOREIGN PROCEEDINGS** |

I, Wooyoung Jang, declare that:

1. I am more than 21 years of age, am competent to testify on the matters stated in this declaration, and, except as may be otherwise stated in this declaration, have personal knowledge of the matters stated in this declaration.

2. I am a singer, songwriter, dancer, and actor, and I am a member of the boy band 2PM which is managed by JYP Entertainment.

3. This declaration is in support of my *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Authorizing Discovery for Use in Foreign Proceedings.

4. I am the victim of stalking by an anonymous individual (hereinafter "**User**").

5. The User has a YouTube channel named "*TWINKLE1998*" (hereinafter "**YouTube Channel**") located at https://www.youtube.com/@_twinkle1998x.

Page **1** of **3**

*Declaration of Wooyoung Jang*

6. On the "About" page of the YouTube Channel, it indicates the User's Instagram account which is https://www.instagram.com/_twinkle1998x; attached as **Exhibit 1** is a true and correct copy of the About page of the YouTube Channel as of December 28, 2024.

7. The User has published several videos of me inside my room at my home, that the User took using a telescopic camera.

8. The subject videos were published on the following dates and are located at:

    (a) May 18, 2023, https://www.youtube.com/shorts/fEYLOmeZEFE;

    (b) May 30, 2023, https://www.youtube.com/shorts/5aTYPRkP4dY; and,

    (c) May 18, 2023, https://www.youtube.com/shorts/wPRNn4cmv0g.

9. I have suffered severe mental distress, and I have been horrified by the fact that someone is stalking me and is taking photos and videos of me within the privacy of my home.

10. I have filed a civil lawsuit on July 30, 2024 against the User in the Seoul Eastern District Court in the Republic of Korea, Civil Case Number 2024Gadan150264, for stalking (hereinafter "**Civil Case**").

11. I have thoroughly reviewed the information on the User's YouTube account and Instagram account to find information that may lead to the true identity of the User, but I was unable to find any identifying information that will reveal the true identity of the User.

12. I have also searched online to find information that may lead to the true identity of the User, but I was unable to find any identifying information that may lead to the true identity of the User.

13. I have been unable to identify the true identity of the User, preventing me from proceeding with the Civil Case against the User.

14. Unless the true identity of the User is revealed, I will be unable to pursue the Civil Case against the User.

//

//

//

//

**Declaration of Wooyoung Jang**

15. The identity of the User will only be used for the purpose of the Civil Case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 30, 2024.

*Jang Woo Young*
WOOYOUNG JANG



**Exhibit 1**